[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 31, 2011
JOHN LEY
CLERK

_____

No. 10-10756

_____

D.C. Docket No. 2:07-cv-02224-LSC

BRAD BAGGETT,

Plaintiff - Appellant.

versus

REHAU, INC.,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(January 31, 2011)

Before BLACK, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

After review of the parties' briefs and the record, and with the benefit of

oral argument, the Court finds no reversible error in the district court's order dated

January 21, 2010, which adopted the magistrate judge's report and recommendation dated October 15, 2009. Accordingly, this Court affirms the district court's entry of summary judgment in favor of the defendant Rehau, Inc. on plaintiff Brad Baggett's Complaint.

**AFFIRMED.**